**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PINDROP SECURITY, INC., ) | |
| ) | |
| Plaintiff, ) | No. |
| ) | |
| v. ) | |
| ) | |
| RICHARD DUGGAN, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiff Pindrop Security, Inc. certifies the following:

1. The undersigned counsel of record certifies that, to the best of their knowledge, the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   **Plaintiff:** Pindrop Security, Inc.

   **Parent Company:** None

   **Publicly held corporation that owns 10% or more of the stock:** None.

   **Defendant:** Richard Duggan

2. The undersigned further certifies that the following is a full and

complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Plaintiff:** Pindrop Security, Inc.

**Defendant:** Richard Duggan

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

(a) For Plaintiff:

Benjamin I. Fink, Esq.
Kenneth N. Winkler, Esq.
Daniel H. Park, Esq.
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road NE
Suite 1640
Atlanta, Georgia 30305
Email: bfink@bfvlaw.com
Email: kwinkler@bfvlaw.com
Email: dpark@bfvlaw.com

Charles B. Leuin, Esq.
Danielle A. Maldonado, Esq.
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Email: cleuin@beneschlaw.com
Email: dmaldonado@beneschlaw.com

(b) For Defendant:

None at this time.

Dated: October 16, 2023               Respectfully Submitted,

                                                 BERMAN FINK VAN HORN P.C.

                                                 By:  */s/ Benjamin I Fink*
                                                        Benjamin I. Fink
                                                        Georgia Bar No. 261090
                                                        Email: bfink@bfvlaw.com
                                                        Kenneth N. Winkler
                                                        Georgia Bar No. 770749
                                                        Email: kwinkler@bfvlaw.com
                                                        Daniel H. Park
                                                        Georgia Bar No. 930188
                                                        Email: dpark@bfvlaw.com
                                                        3475 Piedmont Road NE
                                                        Suite 1640
                                                        Atlanta, GA 30305
                                                        (404) 261-7711

                                                        Charles B. Leuin (*pro hac vice*
                                                        application forthcoming)
                                                        Danielle Maldonado (*pro hac vice*
                                                        application forthcoming)
                                                        BENESCH, FRIEDLANDER,
                                                        COPLAN & ARONOFF LLP
                                                        71 South Wacker Drive, Suite 1600
                                                        Chicago, Illinois 60606
                                                        Telephone: (312) 624-6420
                                                        Facsimile: (312) 767-9192

                                                        *Counsel for Plaintiff*
                                                        *Pindrop Security, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.1D and 5.1B, the undersigned counsel certifies that this document complies with the Local Rules' requirements as to font in that it has been prepared in Times New Roman, 14 point.

Dated: October 16, 2023

By: */s/ Benjamin I Fink*
Benjamin I. Fink
